# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JAMES WYMER,

    Plaintiff,

VS.                        Case No. 4:16cv158-RH/CAS

MIKE CARROLL, et al.,

    Defendants.

_____/

## ORDER and REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, submitted a civil rights complaint, ECF No. 1, and a motion seeking leave to proceed in forma pauperis, ECF No. 2.  Good cause having been shown, the motion is granted and the Clerk of Court shall file the complaint without requiring payment of the filing fee.

Plaintiff's complaint, ECF No. 1, has been reviewed.  Although Plaintiff names four Defendants in Section II of the complaint form, ECF No. 1 at 2, Plaintiff does not present any factual allegations against those persons.  Instead, Plaintiff's complaint generally alleges that unidentified persons have refused to help him and have hung up the phone on him.

Plaintiff states that he needs his health care "on [his] terms," not on other persons' terms.

Plaintiff's complaint does not allege the violation of any federal constitutional right.  Plaintiff has generally alleged that he was not treated in a respectful manner, but failing to be "civil" to other persons is not a violation of one's civil rights.  Plaintiff also does not allege sufficient facts to demonstrate a conspiracy under 18 U.S.C. § 241 because there is no private right of action under that criminal statute.  Payne v. Allen, No. 2:08-CV-0296-WKW, 2008 WL 2326327, at *2 (M.D. Ala. June 3, 2008).  Because the allegations of Plaintiff's complaint are insufficient, and no facts were alleged which demonstrate a plausible claim for relief, further leave to amend is not required.  This case should be summarily dismissed.[1]

Accordingly, it is **ORDERED** that Plaintiff's motion seeking leave to proceed in forma pauperis, ECF No. 2, is **GRANTED**.

---

[1] Judicial notice is taken that Plaintiff recently filed 14 cases, filing 11 cases on March 14 or 15, 2016, then 2 more cases on March 23, 2016, and one more case on March 25, 2016.

Case No. 4:16cv158-RH/CAS

It is respectfully **RECOMMENDED** that Plaintiff's complaint, ECF No. 1, be **DISMISSED** as frivolous and because it fails to state a claim upon which relief may be granted.

**IN CHAMBERS** at Tallahassee, Florida, on April 18, 2016.

    s/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A** party may file specific, written objections to the proposed findings and recommendations within 14 days of this Report and Recommendation. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.